# United States Bankruptcy Court
### District of Utah

| | | | |
|---|---|---|---|
| In re | **Cory D Lundberg** | Case No. | **19-28310** |
| | Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-4294**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:         **Cory D Lundberg**

Street:        **2155 W Oak Point Dr**

City, State and Zip:     **Bluffdale, UT 84065**

Telephone #:

**Please be advised that effective** **November 25, 2019**   **,**
**my (our) new mailing address and telephone number is:**

Name:         **Cory D Lundberg**

Street:        **9299 Uintah Hills Drive**

City, State and Zip:     **West Jordan  84088**

Telephone #:

                                              **/s/ Cory D Lundberg**
                                              **Cory D Lundberg**
                                              Debtor

# United States Bankruptcy Court
### District of Utah

In re **Cory D Lundberg**　　　　　　　　　　　　　Case No. **19-28310**
　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:　　**xxx-xx-4294**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:　　**Cory D Lundberg**

Street:　　**2155 W Oak Point Dr**

City, State and Zip:　　**Bluffdale, UT 84065**

Telephone #:

**Please be advised that effective** **November 25, 2019**,
**my (our) new mailing address and telephone number is:**

Name:　　**Cory D Lundberg**

Street:　　**9299 Uintah Hills Drive**

City, State and Zip:　　**West Jordan  84088**

Telephone #:

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Cory D Lundberg**
　　　　　　　　　　　　　　　　　　　　　　　**Cory D Lundberg**
　　　　　　　　　　　　　　　　　　　　　　　Debtor