# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH
# CENTRAL DIVISION

In re:

CORY D LUNDBERG

Debtor(s)

Case No. 19-28310

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lon A Jenkins, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2019.

2) The plan was confirmed on 03/24/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/10/2020, 12/22/2020, 07/13/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/18/2021, 07/14/2021, 10/08/2021.

5) The case was converted on 12/06/2021.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $12,320.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,930.00 |
| Less amount refunded to debtor | $1.80 |
| **NET RECEIPTS:** | **$3,928.20** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $596.89 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $367.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$964.74** |

Attorney fees paid and disclosed by debtor:   $3,250.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acima Credit | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 2,117.56 | 2,117.56 | 0.00 | 0.00 |
| Capital One Bank Usa N | Unsecured | 2,528.00 | NA | NA | 0.00 | 0.00 |
| INTERMOUNTAIN HEALTH CARE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,021.16 | 2,021.16 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 6,495.41 | 6,495.41 | 611.96 | 0.00 |
| KOHLS/CAPONE | Unsecured | 1,948.00 | NA | NA | 0.00 | 0.00 |
| lehi city fire department | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LES SCHWAB TIRE CENTERS | Unsecured | 1,773.00 | 1,773.58 | 1,773.58 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 1,759.58 | 1,759.58 | 0.00 | 0.00 |
| MOUNTAIN AMERICA CREDIT UNION | Unsecured | NA | 811.93 | 811.93 | 0.00 | 0.00 |
| MOUNTAIN LAND COLLECTIONS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MOUNTAIN LAND COLLECTIONS, IN( | Unsecured | 4,113.00 | 15,158.23 | 15,158.23 | 0.00 | 0.00 |
| Mountain Point Medical Center | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| North Valley Emergency Physicians | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Outsource | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,124.42 | 1,124.42 | 0.00 | 0.00 |
| RECOUP ASSET MANAGEMENT LLC | Secured | 5,000.00 | 5,508.23 | 5,508.23 | 1,131.83 | 293.17 |
| RISE | Unsecured | 2,566.00 | NA | NA | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | NA | 1,088.12 | 1,088.12 | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | NA | 610.00 | 610.00 | 0.00 | 0.00 |
| TITLEMAX OF UTAH, INC. D/B/A TITL | Secured | 3,000.00 | 3,666.47 | NA | 0.00 | 0.00 |
| TITLEMAX OF UTAH, INC. D/B/A TITL | Secured | 5,000.00 | 600.27 | 600.27 | 600.27 | 119.73 |
| TITLEMAX OF UTAH, INC. D/B/A TITL | Unsecured | NA | 2,521.17 | 0.00 | 0.00 | 0.00 |
| UHEAA | Unsecured | 66,778.00 | 85,270.04 | 85,270.04 | 0.00 | 0.00 |
| UNIVERSITY HEALTH CARE COLLEC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF UTAH HEALTH | Unsecured | NA | 52,079.73 | 52,079.73 | 0.00 | 0.00 |
| UTAH CANCER SPECIALISTS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UTAH CANCER SPECIALISTS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UTAH STATE TAX COMMISSION | Unsecured | NA | 461.40 | 461.40 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UTAH STATE TAX COMMISSION | Priority | NA | 2,418.77 | 2,418.77 | 206.50 | 0.00 |
| VERIZON | Unsecured | NA | 889.28 | 889.28 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,108.50 | $1,732.10 | $412.90 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,108.50** | **$1,732.10** | **$412.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,914.18 | $818.46 | $0.00 |
| **TOTAL PRIORITY:** | **$8,914.18** | **$818.46** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$165,165.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $964.74 |
| Disbursements to Creditors | $2,963.46 |
| **TOTAL DISBURSEMENTS:** | **$3,928.20** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/03/2022          By: /s/ Lon A Jenkins
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

19-28310

# CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on January 03, 2022:

CORY D LUNDBERG, 9299 UINTAH HILLS DRIVE, WEST JORDAN, UT 84088-4088

DANE L. HINES, ECF NOTIFICATION

                                      /s/ Office of Chapter 13 Trustee

**UST Form 101-13-FR-S (9/1/2009)**